IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00773-BNB

MARC PIERRE HALL,

     Petitioner,

v.

WARDEN C. DANIELS,

     Respondent.

---

## ORDER

---

This matter is before the Court on Petitioner's Objection to Magistrate's Order Directing Petitioner to Cure Deficiency/and Request Clarification of Court Order as to Other Documents/Reconsideration (ECF No. 7). For the reasons discussed below, the objection will be overruled.

Petitioner initiated this action by filing *pro se* a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody (ECF No. 1). On March 26, 2013, Magistrate Judge Boyd N. Boland entered an order directing Petitioner to file an amended pleading using the court-approved habeas corpus application form. Petitioner apparently objects to the requirement that he use the court-approved habeas corpus application form.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has

reviewed the file and finds that Magistrate Judge Boland's order directing Plaintiff to use

a court-approved form is not clearly erroneous or contrary to law because the Court's

local rules require *pro se* prisoners to "use the forms established by this court to file an

action."  D.C.COLO.LCivR 8.2A.  Therefore, Plaintiff's objection will be overruled.

In addition to his objection, Petitioner apparently also seeks clarification of

whether he must resubmit exhibits that were attached to his original pleading.  Petitioner

will not be required to resubmit the attached exhibits.  Accordingly, it is

ORDERED that Plaintiff's objection (ECF No. 7) is overruled.  It is

FURTHER ORDERED that Plaintiff shall have **thirty (30) days from the date of**

**this order** to cure the deficiency if he wishes to pursue his claims in this action.

DATED at Denver, Colorado, this  5th  day of  April  , 2013.

BY THE COURT:


     s/Lewis T. Babcock
     LEWIS T. BABCOCK, Senior Judge
     United States District Court