**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00773-BNB

MARC PIERRE HALL,

    Applicant,

v.

WARDEN C. DANIELS,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion Adopting [All] Attachments Filed With Original 2241 Writ of Habeas Corpus as Approved by the Attached Court Order as Fully Incorporated to Amended Petition" (ECF No. 12) is GRANTED.

Dated:  April 17, 2013